399 P.3d 803

**DEUTSCHE BANK NATIONAL TRUST COMPANY, a National Banking Association, as Trustee of the Indymac Indx Mortgage Loan Trust 2006-AR12, Mortgage Pass-Through Certificates, Series 2006-AR12 Under the Pooling and Servicing Agreement Dated July 1, 2006, Plaintiff-Appellee,**

v.

**Ronald Pajela AMASOL and Jean Louise Morales Amasol, Defendants-Appellants**

**NO. CAAP-13-0000040**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 11, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 11-1-2129)

SUMMARY DISPOSITION ORDER

Vacate. Remanded.